DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUSANA SHAMES,**
Appellant,

v.

**BRANCH BANKING AND TRUST COMPANY,**
Appellee.

No. 4D17-3515

[June 14, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. CACE11018533.

Annabel C. Majewski of Wasson & Associates, Chartered, Miami, and Margery Golant of Golant & Golant, P.A., Boca Raton, for appellant.

Marian G. Kennady of Van Ness Law Firm, PLC, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***